**FILED**

Oct 19 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LUIS CABRERA,<br><br>　　　　Defendant. | Case No. 20-cr-00317-JSW-11   (JCS)<br><br>**ORDER FOR COVID-19 TEST AND FOR RELEASE IF TEST IS NEGATIVE** |

　　IT IS HEREBY ORDERED that the United States Marshal Service shall arrange for a COVID-19 Test for Mr. Cabrera.  The United States Marshal shall report the results of the test to pretrial services.  If Mr. Cabrera has a negative test result, he shall be released to a staff representative of the Jericho House Project.

　　**IT IS SO ORDERED.**

Dated: October 19, 2020

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge